**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re:<br><br>Woodbridge Group of Companies, LLC<br><br>Debtor. | : | Chapter 11<br><br>Case No.: 17-12560 (BLS) |
| Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of Woodbridge Group of Companies, et al.,<br><br>Plaintiff,<br>v.<br><br>Nannette Tibbitts,<br><br>Defendants. | : | Adv. Proc. No.: 19-50353 (BLS) |

**MEDIATOR'S CERTIFICATE OF COMPLETION**

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, the undersigned mediator reports that mediation was resolved in the following manner:

(a) The following individuals were present:

(1) Counsel (name and party representing):

Counsel for Plaintiffs: Jason Pomerantz, Esquire

Counsel for Defendant: Curtis Hehn, Esquire

(b) The following parties failed to appear and/or participate as ordered:

(1) Parties (name and capacity): N/A

(c) The outcome of the mediation conference was:

__X__ The matter has been completely resolved and counsel (or parties) should file an appropriate stipulation and proposed order within twenty (20) days.

_____ The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

_____ The following issues remain for this court to resolve:

_____ The matter has not been resolved and should proceed to trial.

_____ OTHER:

Dated: February 3, 2022

Mediator

*/s/ Ian Connor Bifferato*

Ian Connor Bifferato (#3273)
THE BIFFERATO FIRM
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
(302) 225-7600